

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

MER
F.#2004R00374

*One Pierrepont Plaza*

*Brooklyn, New York  11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York  11201*

April 4, 2007

<u>BY FEDERAL EXPRESS</u>

John Wallenstein, Esq.
220 Old Country Road
Mineola, New York  11501

      Re:  United States v. Consuelo Carreto Valencia
           <u>Criminal Docket No. 04-0140 (S-1) (FB)</u>

Dear Counsel:

    Please find enclosed discovery in this matter: Various documents, identified at bates numbers 0001 through 5308, enclosed in hard copy as well as electronic DVD format.  Please note that there are no documents associated with bates numbers 4895 through 4902.  For a detailed list of the documents, please see prior discovery letters filed in this case.

    The government also requests reciprocal discovery from the defendant.  If you have any questions, I can be contacted at the number below.

                              Very truly yours,

                              ROSLYNN R. MAUSKOPF
                              United States Attorney

                    By:  _____
                         Monica E. Ryan
                         Assistant United States Attorney
                         (718) 254-6470

Enclosures

cc:  Clerk of the Court (FB)
     (without enclosures)