7-8-08

Dear Judge Block:

(Cr-04-140-SLT)

I am writing to you, first of all, in order to wish you good health, and I would like to move on and tell you the following:

In my previous letter I inquired as to how to substitute my attorney, John S. Wallenstein, but as I have not received a reply I am now forced to repeat my request, and give you the reason for which I am writing to you:

1)   Mr. Wallenstein is always threatening and accusing me and forcing me to plead guilty to something in which I have never participated, and saying that if I do not sign, they will give me many years, and I see that this attorney is not my defender, but my accuser.

2)   I would like to inform you that one year ago my family hired a private investigator, called Wiliam Acosta, located at 90-15 Holland Ave., Rockaway Beach, in the city of New York, with Zip Code 11693 and telephone (347) 723-8496, who has information about my case.

3)   I thought I should write to you in case you can help me with this Besides, Mr. Wallenstein does not want to communicate with the investigator. I have told him about him many times and he ignores me. He says that the information he might have is not important, since it doesn't make any difference.

Please, I would be immensely grateful if you could help me with this case, and God will give you an even higher position than the one you have.

Thank you very much and may God bless you with riches and prosperity..

Sincerely,

Consuelo Carreto Valencia

Maya Gray, F.C.C.I.

RECEIVED JUL 10 2008 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ JUL 10 2008 ★ BROOKLYN OFFICE

7-8-08

Apreciado ~~Señor Juez~~ Block:

Por medio de la presente, me dirijo a usted, primeramente, deseando que esté gozando de buena salud, quiero pasar a decirle lo siguiente:

En la carta anterior pedí como pudo leer el cambio del abogado John S. Wallenstein pero sin recibir respuesta, ahora me he sentido obligado a hacerlo de nuevo y quiero darle la razón, o motivo, por el cual me dirijo a usted:

1) El señor Wallenstein siempre me está amenazando e acusando obligando que firme culpabilidad de algo que yo nunca fui partícipe y diciendo que si no firmo, me darán muchos años, y veo que este abogado no es mi defensor, sino mi acusador.

2) Quiero comunicarle que hace un año atrás, mi familia colocó un investigador privado, el cual llama William Acosta, ubicado en 90-15 Holland Ave, Rockaway Beach, en la ciudad de New York — con ~~Zip~~ 11693 y teléfono (347)723-8496, donde él tiene información acerca de mi caso

3) Me he sentido con el deseo de dirigirme a usted; por si puede ayudarme con esto, además el señor Wallenstein no quiere comunicarse con el señor investigador, se lo he dicho muchas veces el me ingnora, dice además que no es importante, la información que tenga, que como quiera será igual

Por favor si usted pudiera ayudarme con este caso, yo le estaria inmensamente agradecida y Dios le dará gran lugar y mas alto del que tiene

muchas gracias y que Dios te bendiga rica y abundantemente en la vida

Att. Consuelo Carreto Valencia.

Manuel Carrito Valencia
26441179
Metropolitan Detention Center
Brooklyn, New York
11232

Legal Mail

BROOKLYN NY 112
09 JUL 2008 PM 4 T

JUDG: Block
225- Cadman plaza
Brooklyn,
New York
112