ORIGINAL
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 0 4 2008 ★
BROOKLYN OFFICE

7-21-08

CR-04-140 (FB)

Honorable Judge Block:

Please accept my best regards.  I hope this letter finds you well.

I wish to inform you that, as you know, my trial started today and that there is an investigator who has overwhelming evidence in my favor and I want him to appear in this case, as he has tapes and, as I have told you previously, the attorney does not want to communicate with the investigator.

Mr. Block, please bring him in, I beg you.  We have nothing to lose by doing this and it might be a great help to me.

Thank you very much for everything.

                                                   Sincerely,

                                                   Consuelo Carreto Valencia

Maya Gray, F.C.C.I.

☐ ORIGINAL

7-21-08

Señor honorable Block

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 2 3 2008 ★
BROOKLYN OFFICE

Quiero saludarlo deseando que se encuentre bien en todos los sentidos Quiero comentarle que como usted sabe, hoy empezó el juicio a mi nombre, y quiero decirle que yo le di a saber que hay un investigador, que tiene pruebas contundentes a mi favor y quiero que el se haga presente en este caso, pues él tiene grabaciones y como le dije antes el abogado no quiere saber nada del investigador Señor Block por favor tráigalo se lo pido no perdemos nada con visto esto y podría ser de mucha ayuda para mi

muchas gracias por todo y que Dios me sacando en Victoria

Att Consuelo Carreto Valencia

Consuelo Carreto Valencia
#56444179
Metropolitan Detention Center
PO Box 329002
Brooklyn New York
11232

BROOKLYN NY 112
22 JUL 2008 PM 5 T

Judges
Judge Block
225 Cadman Plaza
Brooklyn New York
11201