

04CR00140(FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 0 2008 ★
BROOKLYN OFFICE

New York, November 13, 2008

Dear and Honorable Judge Block:

Please accept my most respectful greetings and I hope that you have been well blessed by our God.

The purpose of this letter is to request you help finalize as soon as possible my situation, because I am ill and they did my *(space)*. From September 28 until now I have not received any type of information from my attorney. That is why I request, with all due respect, that you expedite this matter as soon as possible as I am losing my eyesight. I request from the bottom of my heart that you have mercy and pity on me, as I have said in my previous letters.

As you know, I am a widow and my two sons are also in prison serving a lengthy sentence and my two grandsons, their children, are practically abandoned in Mexico and they are young, so that they need me and of course I need them, because they are the only family I have.

I know that my freedom is in your hands. My great sir, give me the happiness of spending the last days of my life with my loved ones, in my country.

I repeat that I have never left my country. I was born there, I grew up there, I married and became a widow and my entire case is about revenge by the persons who kidnaped my son and he was sentenced in my country to 50 years.

I wrote to you requesting that they investigate me in order to have full knowledge of my case.

There is a private investigator, William Acosta, his telephone is 347-723-8496. He investigated our case and he can give you information about it.

I feel that you are a good judge, fair, and that I why I dare request again that you have pity on me.

I would like to be sent back to my country as soon as possible.

I must request proof from you that I am incarcerated here in order to send it to Mexico and recover my pension. I have been unable to get this certification here.

I have not seen my lawyer since September 28 and I need to get in touch with him so that he will expedite my visit to an eye doctor.

I feel so depressed that I dare request that, should I have to serve a lengthy sentence,. it would be better if you gave me the death penalty.

I apologize for taking up so much of your time, but my situation is desperate.  I have been abandoned here.

May God bless you and your family.


Consuelo Carreto Valencia
#56444-179


Maya Gray, F.C.C.I.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 17 2008 ★

BROOKLYN OFFICE

New York
Noviembre 13, 2008

Estimado y Honorable Juez Block
        Reciba mis mas cordiales saludos y
espero este bien bendicido por nuestro Dios,
son mis deseos.
        El proposito de esta carta es con el fin
de pedirle que me ayude a que mi situación
se acabe lo mas pronto posible, porque estoy
enferma y me hicieron mi  desde el
28 de Septiembre y hasta ahora no he recibido
ningun tipo de información de parte de mi abogado,
por eso le pido con todo respeto que usted apresure
este asunto lo mas pronto posible ya que estoy perdiendo
la vista, yo le pido con todo mi corazón que tenga
misericordia y piedad de mi como le he dicho en
mis cartas anteriores.
        Como sabe soy una viuda y mis dos hijos
tambien estan en prision cumpliendo una larga
condena y mis nietos - hijo de ellos - se encuentran
en Mexico. casi desamparados y son pequeños, por
lo cual necesitan de mi y claro yo de ellos, pues
son la unica familia con la que cuento.
        Yo se que mi libertad esta en sus manos
mi gran señor deme esa dicha de pasar los
ultimos años de mi vida con los mios, en mi pais.
        Le repito que nunca he salido de mi pais
ahi naci, me crie, me case y enviude y todo mi
caso se trata de una venganza de las personas que
secuestraron a mi hijo y lo sentenciaron en mi pais
a 50 años.
        Yo le escribi solicitandole que me investigara
a fin de que tenga entero conocimiento de mi ca

Hay un emvestigador privado cuyo
telefono es 347-723 84 96 que investigo nuestro caso y
él puede informarle acerca del mismo.

Yo siento que usted es un buen juez, justo y
por eso me atrevo a pedirle de nuevo que tenga
Piedad de mi.

Me gustaría que me repatriaran a mi país cuanto
antes.

Necesito solicitarle un comprovante de que me
encuentro recluida aquí a fin de enviarlo a Mexico y
recuperar mi pensión. Aquí me ha sido imposible obtener dicha
sertificacion.

A mi abogado no lo he vuelto a ver desde el 28 de Septiembre
y necesito saber de él a fin de que agilize que me vea
un oculista.

Me siento tan Deprimida que me atrevo a pedirle que
Si tuviera que cumplir con elna larga Condena mejor me
de la pena de Muerte.

Lamento mucho Ocupar tanto su Ocupado tiempo, pero
mi situacion es desesperante; aquí abandonada.

Que Dios le bendiga a usted y a su familia

Consuelo Carreto Valencia
#56444-179.

Consuelo Casas Valencia
5104441-179
Metropolitan Detention Center
P O Box 329002
Brooklyn NY 11232

*Legal Mail*

11201+1818

Honorable Guy Block
225 Cadman Plaza
Brooklyn N Y 11201

BROOKLYN NY 112

14 NOV 2008 PM 2 L

USA FIRST-CLASS FOREVER